IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MELISSA LOVE-SAWYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:09-0647 |
| | ) | Judge Trauger |
| EQUIFAX, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant Mann Bracken, LLP's motion to dismiss is **GRANTED** and the plaintiff's claims against this defendant are **DISMISSED**.

It is so Ordered.

Entered this 28th day of September 2009.

_____
ALETA A. TRAUGER
United States District Judge