# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MELISSA LOVE-SAWYER, | ) |
| | ) |
| v. | ) NO: 3:009-0647 |
| | ) |
| | ) JUDGE TRAUGER |
| | ) |
| EQUIFAX, INC. et al | ) |

## AGREED ORDER OF DISMISSAL

It appears to this Court, as evidenced by the signatures of counsel for both Plaintiff and Defendant, Arrow Financial Services, LLC, that the claims of Plaintiff with regard to Arrow Financial Services, LLC,. in the above styled matter should be dismissed with prejudice;

IT IS THEREFORE, **ORDERED, ADJUDGED, AND DECREED** that the above-styled matter is dismissed with prejudice with regard to Defendant Arrow Financial Services, LLC. Each party shall bear their own costs and attorney's fees.

Entered this   24th   day of   November  , 2009.

_____
Hon. Aleta A. Trauger
US District Judge

1

Approved for entry:

/s/ Jason Barnette
Jason Barnette, Esq.
BPRN 026960
Attorney for Plaintiff
Barnette Law Offices, LLC
1800 Hayes Street; Suite 122
Nashville, TN 37203
jwb@barnettelawoffices.com
Phone: 615-585-3885, 615-585-2245
Facsimile: 615-250-8787

/s/ Paul C. Ziebert (by permission)
Paul C. Ziebert
Vice President and Senior Corporate Counsel
Arrow Financial Services LLC
5996 W. Touhy Avenue
Niles, IL 60714
pziebert@arrow-financial.com
Phone 847- 929-5968
Fax 317-806-0979